**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE, AT CHATTANOOGA**

| | | |
|---|---|---|
| **MELANIE STAFFORD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No.: 1:23-cv-00113** |
| | ) | |
| **COUNTY OF HAMILTON, TENNESSEE, ET AL.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STIPULATION OF DISMISSAL OF DEFENDANTS ERICA WATSON, NURSE LORIE GRAVES, NURSE KENNETH CRIDER, JR., NURSE MARJORIE ALFINDA, NURSE KELLY POWELL, NURSE REBECCA EDWARDS, DONALD KERN, M.D., NURSE CHEYENNE HUX, AND JOHNNY BATES, M.D.**

Comes now the Plaintiff, Melanie Stafford, and Defendants Nurse Erica Watson (misnamed in the caption and Complaint as "Nurse E. Watson"), Nurse Lorie Graves, Nurse Kenneth Crider, Jr., Nurse Marjorie Alfinda (misnamed in the caption and Complaint as "Nurse M. Alfinda"), Nurse Kelly Powell, Nurse Rebecca Edwards (misnamed in the caption and Complaint as "Nurse Edwins"), Donald Kern, M.D., Nurse Cheyenne Hux (misnamed in the caption and Complaint as "Cheyenne Hux, MD"), and Johnny Bates, M.D. pursuant to Rule 41(a)(1)(A)(ii), by and through counsel, and stipulate to the dismissal of this action, as to these Defendants, with prejudice and with no finding of liability. This stipulation is sought by Plaintiff and the above-named Defendants jointly for the purpose of giving consent as required by Rule.

Respectfully submitted this 18th day of September, 2026.

/s/ Matthew Z. Huffer

Matthew Z. Huffer (TN Bar. No. 037564)
Hull, Ray, Rieder, Lane, Jordan & Huffer, P.C.
214 N.E. Atlantic Street
P.O. Box 878
Tullahoma, TN 37388
(931) 455-5478
Matthew.huffer@hrrell.com
*Attorney for Plaintiff*

/s/ Jason H. Long
Jason H. Long (TN Bar #018088)
LEWIS THOMASON, P.C.
P.O. Box 2425
Knoxville, TN 37901-2425
(865) 546-4646
JLong@lewisthomason.com
*Attorney for Healthcare Defendants*

/s/ Azarius Yanez
Azarius Yanez (TN Bar #036266)
Staff Attorney
825 Georgia Avenue, Suite 204
Chattanooga, Tennessee 37402
(423) 209-6150
ayanez@hamiltontn.gov
*Attorney for County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of September, 2026, a copy of the foregoing Stipulation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Jason H. Long
Jason H. Long, Esq. (BPR # 18088)