IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| **MELANIE STAFFORD,** | * | |
| | * | |
| **Plaintiff,** | * | **Case No. 1:23-CV-113** |
| | * | |
| **v.** | * | |
| | * | |
| **HAMILTON COUNTY, TENNESSEE,** | * | |
| ***et al.*,** | * | |
| | * | |
| **Defendants.** | * | |

---

**STIPULATION OF DISMISSAL OF ALL HAMILTON COUNTY DEFENDANTS SHERIFF JIM HAMMOND, DEPUTY JAMES LEWIS, DEPUTY TYLER HOLLAND, DEPUTY SAMUEL STEPHENSON, DEPUTY PAUL HICKS, DEPUTY BENJAMIN PERRY, DEPUTY ERIC QUALLS, DEPUTY CERION CARSON, DEPUTY JOHN HARGIS, DEPUTY BRANDON BOOTH, DEPUTY STEPHEN ROBERTS, DEPUTY DYLAN MCCLOUD, DEPUTY RODNEY TERRELL, DEPUTY JESSE BASKOWSKY, DEPUTY ROBERTSON, DEPUTY CHASTAIN, DEPUTY GELACIO, DEPUTY HUGHES, DEPUTY GREENE, DEPUTY ACKERMANN, DEPUTY ALLEN, DEPUTY GAZZAWAY, DEPUTY BRADFORD, DEPUTY THOMPSON, DEPUTY GREEN, DEPUTY JOHNSON, DEPUTY LEDFORD, DEPUTY CASTELLANOS, DEPUTY TAYLOR, DEPUTY CRAIG, DEPUTY SATTERFIELD, DEPUTY KERNEA, DEPUTY PITRE, DEPUTY PERICH, DEPUTY MURPHY, DEPUTY ORTWEIN, DEPUTY WYATT, DEPUTY HORN, DEPUTY ROWLANDS, DEPUTY JACKSON, DEPUTY CHISHOLM, DEPUTY SMITH, DEPUTY HARTMAN, AS TO HAMILTON COUNTY, TENNESSEE**

---

COME NOW the Parties, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulates to the dismissal of this action with prejudice as to Defendants Hamilton County, Tennessee, former Sheriff Jim Hammond, Deputy James Lewis, Deputy Tyler Holland, Deputy Samuel Stephenson, Deputy Paul Hicks, Deputy Benjamin Perry, Deputy Eric Qualls, Deputy Cerion Carson, Deputy John Hargis, Deputy Brandon Booth, Deputy Stephen Roberts, Deputy Dylan McCloud, Deputy Rodney Terrell, Deputy Jessee Baskowsky,

Deputy Robertson, Deputy Chastain, Deputy Gelacio, Deputy Hughes, Deputy Greene, Deputy Ackermann, Deputy Allen, Deputy Gazzaway, Deputy Bradford, Deputy Thompson, Deputy Green, Deputy Johnson, Deputy Ledford, Deputy Castellanos, Deputy Taylor, Deputy Craig, Deputy Satterfield, Deputy Kernea, Deputy Pitre, Deputy Perich, Deputy Murphy, Deputy Ortwein, Deputy Wyatt, Deputy Horn, Deputy Rowlands, Deputy Jackson, Deputy Chisholm, Deputy Smith, Deputy Hartman, with no finding or admission of liability or wrongdoing.

This stipulation is sought by Plaintiff and signed by all parties who have appeared, as required by Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

Respectfully submitted this 19th day of November, 2026.

HULL, RAY, RIEDER, LANE & HUFFER, P.C.

/s/ Matthew Huffer
Matthew Z. Huffer, BPR #037564
214 N.E. Atlantic St.
P.O. Box 878
Tullahoma, TN 37388
(931) 455-5478
matthew.huffer@hrrell.com
*Attorney for Plaintiff*

HAMILTON COUNTY ATTORNEY'S OFFICE

/s/Azarius Yanez
Janie Parks Varnell, BPR #031256
*Hamilton County Attorney*
Timothy Clark, BPR #031074
*Deputy County Attorney*
Azarius Yanez, BPR #036266
*Chief Litigation Attorney*
625 Georgia Ave, Suite 204

Chattanooga, TN 37402
(423) 209-6150
janiev@hamiltontn.gov
timothyc@hamiltontn.gov
ayanez@hamiltontn.gov
*Attorneys for Hamilton County, Tennessee*

/s/Jason Long
Jason H. Long (TN Bar #018088) LEWIS
THOMASON, P.C. P.O. Box 2425
Knoxville, TN 37901-2425 (865) 546-
4646 JLong@lewisthomason.com
*Attorney for Healthcare Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2026, a copy of the foregoing Stipulation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Matthew Huffer
Matthew Z. Huffer